**Motion Granted and Order filed April 21, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00115-CV
_____

## IN RE GUARDIANSHIP OF QIONG-YING DUAN CHANG, AN ALLEGED INCAPACITATED PERSON

**On Appeal from Probate Court No 1**
**Harris County, Texas**
**Trial Court Cause No. 468149**

## ORDER

Appellant has filed a motion to proceed as a pauper in this appeal. The motion is GRANTED. Appellant is deemed indigent for purposes of the appellate filing fee only. *See* Tex. R. App. P. 20.1. The clerk's record has been filed. To obtain the reporter's record without payment of costs, appellant must file a Statement of Inability to Afford Payment of Court Costs in the trial court. *See* Tex. R. Civ. P. 145.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.